# MOORMAN TATE HALEY UPCHURCH & YATES, LLP

R. HAL MOORMAN*†
STEVEN C. HALEY
LAURA UPCHURCH
WENDY YATES*

ANDREW J. HEFFERLY

ATTORNEYS AT LAW
207 EAST MAIN STREET
P.O. BOX 1808
BRENHAM, TEXAS 77834-1808
(979) 836-5664
FAX (979) 830-0913
www.moormantate.com

BOARD CERTIFIED
*ESTATE PLANNING & PROBATE LAW.
†CIVIL TRIAL LAW·
TEXAS BOARD OF LEGAL SPECIALIZATION

GEORGE R. MOORMAN (1919-2011)
MILTON Y. TATE, JR. (RETIRED)

March 13, 2015

Keith E. Hottle, Clerk
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Ste. 3200
San Antonio, Texas 78205-3037

*Via Facsimile (210) 335-2762*

RE:   *El Caballero Ranch, Inc., et al v. Grace River Ranch, LLC*; No. 04-15-00127-CV, Fourth
      Court of Appeals, San Antonio, Texas

Dear Mr. Hottle:

This follows up our telephone conversation of yesterday. There was a Motion for Emergency
Stay of Temporary Injunction Challenged in Interlocutory Appeal (the "Motion") filed on March
11, 2015. I immediately called your office to advise that I would need until 5:00 p.m. on March
12, 2015 to respond to that in a meaningful way. I was told that it would be no problem that I
would have until 5:00 p.m. on March 12, 2015 to respond to the Emergency Motion. I devoted
considerable time on that date to drafting a Response and utilizing my staff on an emergency
basis to get this done within the time I promised.

Notwithstanding, the Court ruled on the Motion without waiting for or considering my Response
just as I was getting ready to e-file it to the Court. I consider myself to be ill-used by your staff
in that I was not given the promised time to file a Response. I wanted you to be aware of the
representations that your staff is making.

Sincerely,

STEVEN C. HALEY
SCH:mb
shaley@moormantate.com

{18705.43065-00374649.DOCX}